# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| KEVIN HUGH ALLONG, | : | |
| | : | |
| Petitioner | : | 1:10-cv-00045-JEJ |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| GOVERNMENT OF THE V.I. a/k/a PEOPLE OF THE VIRGIN ISLANDS, | : : : | |
| | : | |
| Respondents. | : | |

## ORDER

## June 28, 2012

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Respondents' Second Motion to Dismiss (Doc. 49) is **GRANTED**.

2. Petitioner's Writ of Error Coram Nobis (Doc. 2) is **DENIED**.

3. Respondents' First Motion to Dismiss (Doc. 11) is **DISMISSED as MOOT**.

4. The Clerk shall **CLOSE** the file on this case.

1

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge
